EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2003 TSPR 171 |
| Fernando Pérez Arroyo | 160 DPR \_\_\_\_ |

Número del Caso: TS-6044

Fecha: 25 de noviembre de 2003

Colegio de Abogados de Puerto Rico:

Lcdo. Angel N. Candelario Cáliz

Materia: Conducta Profesional

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:


Fernando Pérez Arroyo                      TS-6044



SENTENCIA
NUNC PRO TUNC

San Juan, Puerto Rico, a 25 de noviembre de 2003.

Se enmienda Nunc Pro Tunc nuestra sentencia del 3 de noviembre de 2003, a los solos efectos de enmendar el epígrafe de la misma para hacer constar el nombre correcto del querellado.

Dicho epígrafe leerá de la siguiente manera:

In re:  Fernando Pérez Arroyo.

Continúan inalterados todos los demás pronunciamientos de la referida sentencia.

Lo pronunció manda el Tribunal y certifica la Secretaria del Tribunal Supremo.


Patricia Otón Olivieri
Secretaria del Tribunal Supremo